## **VERIFICATION**

I, **Diane E. Shafer, M.D.** do hereby attest that I have reviewed the foregoing claim contesting the forfeiture of property seized pursuant to a federal search warrant and federal seizure warrant executed on or about January 15, 2010, and federal search warrant executed on or about March 2, 2010.

Executed on ___/-18-11___, 2011.

_Diane Elaine Shafer (MD)_
Diane Elaine Shafer, M.D.

Taken, subscribed and sworn to before me this _18_ day of _January_, 2011.

_William Pauer_
Notary Public

My commission expires on ___10-24-17___.



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
WILLIAM PAUER
984 Young Road
Kenna, WV 25248
My Commission Expires Oct. 24, 2017

{R0026832.1}